B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Eagle Rainbow Center, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-5874079** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12100 Wilshire Blvd. Suite 520**<br>**Los Angeles, CA**<br>ZIP Code **90025** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **7455 S. Rainbow Blvd.**<br>**Enterprise**<br>**Las Vegas, NV 89113** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ■ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Eagle Rainbow Center, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) Page 3

| **Voluntary Petition** | Name of Debtor(s): **Eagle Rainbow Center, LLC** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ Ryan J Works**<br>Signature of Attorney for Debtor(s)<br>**Ryan J Works 9224**<br>Printed Name of Attorney for Debtor(s)<br>**McDonald Carano Wilson LLP**<br>Firm Name<br>**2300 W Sahara Ave**<br>**Suite 1000**<br>**Las Vegas, NV 89102**<br>Address<br><br>Email: rworks@mcdonaldcarano.com<br>**(702) 873-4100  Fax: (702) 873-9966**<br>Telephone Number<br>**January 28, 2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Scott Silver**<br>Signature of Authorized Individual<br>**Scott Silver**<br>Printed Name of Authorized Individual<br>**Manager**<br>Title of Authorized Individual<br>**January 28, 2010**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

## RESOLUTION OF COMPANY MANAGING MEMBER
### Eagle Rainbow Center, LLC,
### a Nevada limited liability company

In accordance with its Operating Agreement and the laws of the State of Nevada, this Resolution of the Company Managing Member, Eagle Rainbow MM, LLC ( "Company Managing Member"), of Eagle Rainbow Center, LLC, a Nevada limited liability company (the "Company"), is executed as of January 28, 2010:

**WHEREAS** the Company Managing Member has determined it to be in the best interests of the Company to file bankruptcy under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court, District of Nevada (Las Vegas) (the "Bankruptcy"), now therefore:

**BE IT RESOLVED** that the Company shall retain the law firm of McDonald Carano Wilson LLP (the "Firm") to file and represent the Company throughout the Bankruptcy under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court, District of Nevada (Las Vegas); and

**RESOLVED FURTHER** that pursuant to the Operating Agreement of the Company, the undersigned Company Managing Member is hereby authorized, directed and empowered to execute and file, for and on behalf of this Company, the petition under Chapter 11 of the United States Bankruptcy Code, including any and all documents required in connection with the Bankruptcy; and

**RESOLVED FURTHER** that the Company shall make payment to the Firm in the amount of TWENTY-FIVE THOUSAND DOLLARS and 00/100 ($25,000.00) (the "Retainer") in connection with the representation of the Company in the Bankruptcy.

Eagle Rainbow MM, LLC,
a Nevada limited liability company,

By: _Brian Good_ B.S.
     Brian Good, Manager

By: _[signature]_
     Scott Silver, Manager

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Eagle Rainbow Center, LLC**                                Case No.
                                      Debtor(s)                       Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Acclaim MTI LLP CMA Business Credit Srvc**<br>**3110 W. Cheyenne #100**<br>**North Las Vegas, NV 89032** | **Acclaim MTI LLP CMA Business Credit Srvc**<br>**3110 W. Cheyenne #100**<br>**North Las Vegas, NV 89032** | **7455 S. Rainbow Boulevard Enterprise (unincorpated Clark County, Nevada 89193) Parcel Number: 176-10-502-005 Parcel Number: 176-10-502-006 Parcel** | | **28,506.25 (Unknown secured) (235,146.99 senior lien)** |
| **American Sand & Gravel, LTD.**<br>**5260 Beesley Drive**<br>**Las Vegas, NV 89115** | **American Sand & Gravel, LTD.**<br>**5260 Beesley Drive**<br>**Las Vegas, NV 89115** | **7455 S. Rainbow Boulevard Enterprise (unincorpated Clark County, Nevada 89193) Parcel Number: 176-10-502-005 Parcel Number: 176-10-502-006 Parcel** | | **5,632.32 (Unknown secured) (263,653.24 senior lien)** |
| **AMTI**<br>**1515 Wilson Boulevard, Suite 1100**<br>**Arlington, VA 22209** | **AMTI**<br>**1515 Wilson Boulevard, Suite 1100**<br>**Arlington, VA 22209** | | | **17,806.25** |
| **Bentar Development**<br>**3042 S. Durango Dr.**<br>**Las Vegas, NV 89117** | **Bentar Development**<br>**3042 S. Durango Dr.**<br>**Las Vegas, NV 89117** | **7455 S. Rainbow Boulevard Enterprise (unincorpated Clark County, Nevada 89193) Parcel Number: 176-10-502-005 Parcel Number: 176-10-502-006 Parcel** | | **179,865.43**<br><br>**(Unknown secured)** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Eagle Rainbow Center, LLC**                                    Case No.  _____
                                       Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Branch Bank & Trust<br>4670 South Fort Apache, Suite 250<br>Las Vegas, NV 89147 | Branch Bank & Trust<br>4670 South Fort Apache, Suite 250<br>Las Vegas, NV 89147 | 7455 S. Rainbow Boulevard Enterprise (unincorpated Clark County, Nevada 89193)<br>Parcel Number: 176-10-502-005<br>Parcel Number: 176-10-502-006<br>Parcel | | 9,660,000.00<br>(Unknown secured)<br>(269,285.56 senior lien) |
| Cardno WRG, Inc.<br>10649 Jeffrys Street<br>Henderson, NV 89052 | Cardno WRG, Inc.<br>10649 Jeffrys Street<br>Henderson, NV 89052 | 7455 S. Rainbow Boulevard Enterprise (unincorpated Clark County, Nevada 89193)<br>Parcel Number: 176-10-502-005<br>Parcel Number: 176-10-502-006<br>Parcel | | 55,281.56<br>(Unknown secured)<br>(179,865.43 senior lien) |
| Clark County Treasurer<br>500 S. Grand Central Parkway<br>PO BOX 551220<br>Las Vegas, NV 89155-1220 | Clark County Treasurer<br>500 S. Grand Central Parkway<br>PO BOX 551220<br>Las Vegas, NV 89155-1220 | 7455 S. Rainbow Boulevard Enterprise | | 47,780.70<br><br>(Unknown secured) |
| Colonial Bank<br>4670 South Fort Apache, Suite 250<br>Las Vegas, NV 89147 | Colonial Bank<br>4670 South Fort Apache, Suite 250<br>Las Vegas, NV 89147 | | | 455,422.44<br><br>(Unknown secured) |
| D.A.Q.E.M.<br>500 S. Grand Central Pkwy.<br>Las Vegas, NV 89155 | D.A.Q.E.M.<br>500 S. Grand Central Pkwy.<br>Las Vegas, NV 89155 | | | 1,188.00 |
| Eagle Rainbow MM, LLC<br>12100 Wilshire Blvd. Suite 520<br>Los Angeles, CA 90025 | Eagle Rainbow MM, LLC<br>12100 Wilshire Blvd. Suite 520<br>Los Angeles, CA 90025 | | | 240,000.00 |
| John David Burke, Architect<br>3471 W Oquendo Rd<br>Las Vegas, NV 89118 | John David Burke, Architect<br>3471 W Oquendo Rd<br>Las Vegas, NV 89118 | | | 3,566.07 |
| Kummer Kaempfer Bonner Renshaw & Ferrari<br>8345 West Sunset Road Suite 250<br>Las Vegas, NV 89113 | Kummer Kaempfer Bonner Renshaw & Ferrari<br>8345 West Sunset Road Suite 250<br>Las Vegas, NV 89113 | | | 3,884.98 |
| MSA Engineering Consultants<br>370 East Windmill Lane<br>Las Vegas, NV 89123 | MSA Engineering Consultants<br>370 East Windmill Lane<br>Las Vegas, NV 89123 | | | 4,750.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Eagle Rainbow Center, LLC**  
　　　　　　　　　　Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **National Corporate Research 10 East 40th Street, 10th Floor New York, NY 10016** | **National Corporate Research 10 East 40th Street, 10th Floor New York, NY 10016** | | | 80.00 |
| **Reitz Consulting, Inc. 249 Albany Way Henderson, NV 89015** | **Reitz Consulting, Inc. 249 Albany Way Henderson, NV 89015** | | | 5,146.92 |
| **STF Inc. 2595 S Cimarron Rd # 103 Las Vegas, NV 89117** | **STF Inc. 2595 S Cimarron Rd # 103 Las Vegas, NV 89117** | | | 1,000.00 |
| **Stone Harris & Stone 17835 Ventura Blvd. Suite 210 Encino, CA 91316** | **Stone Harris & Stone 17835 Ventura Blvd. Suite 210 Encino, CA 91316** | | | 5,584.70 |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　　I, the Manager of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 28, 2010**　　　　　　　　Signature  **/s/ Scott Silver**  
　　　　　　　　　　　　　　　　　　　　　　　　**Scott Silver**  
　　　　　　　　　　　　　　　　　　　　　　　　**Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

```
Eagle Rainbow Center, LLC
12100 Wilshire Blvd. Suite 520
Los Angeles, CA 90025

Ryan J Works
McDonald Carano Wilson LLP
2300 W Sahara Ave
Suite 1000
Las Vegas, NV 89102

Acclaim MTI LLP CMA Business Credit Srvc
3110 W. Cheyenne #100
North Las Vegas, NV 89032

Advanced Integrated Communications, LLC


Aesthetica LLC


Alliance Networks, LLC


American Sand & Gravel, LTD.
5260 Beesley Drive
Las Vegas, NV 89115

AMTI
1515 Wilson Boulevard, Suite 1100
Arlington, VA 22209

Bentar Development
3042 S. Durango Dr.
Las Vegas, NV 89117

Branch Bank & Trust
Acct No xxxxxx0532
4670 South Fort Apache, Suite 250
Las Vegas, NV 89147

Brian Good
12100 Wilshire Blvd. Suite 520
Los Angeles, CA 90025

Cardno WRG, Inc.
10649 Jeffrys Street
Henderson, NV 89052

Clark County Treasurer
500 S. Grand Central Parkway
PO BOX 551220
Las Vegas, NV 89155-1220
```

Colonial Bank  
4670 South Fort Apache, Suite 250  
Las Vegas, NV 89147

Colonial Bank, N.A.  
4670 S. Fort Apache, Ste. 250  
Las Vegas, NV 89147

D.A.Q.E.M.  
500 S. Grand Central Pkwy.  
Las Vegas, NV 89155

Derrick Harmon


Dr. L. Russell Margitza


Eagle Rainbow MM, LLC  
12100 Wilshire Blvd. Suite 520  
Los Angeles, CA 90025

J Dapper  
12100 Wilshire Blvd. Suite 520  
Los Angeles, CA 90025

John David Burke, Architect  
3471 W Oquendo Rd  
Las Vegas, NV 89118

Kummer Kaempfer Bonner Renshaw & Ferrari  
8345 West Sunset Road  Suite 250  
Las Vegas, NV 89113

Legion Ventures LLC


MacShack LLC


Mietal Grantz


MSA Engineering Consultants  
370 East Windmill Lane  
Las Vegas, NV 89123

National Corporate Research  
10 East 40th Street, 10th Floor  
New York, NY 10016

Nevada Wellness Inc.

Pamela Jenkins

PC Rainbow LLC

Rachel's Kitchen Palm Grove, LLC

Reign, LLC

Reitz Consulting, Inc.
249 Albany Way
Henderson, NV 89015

Scott Silver
1180 S. Beverly Drive Ste. 610
Los Angeles, CA 90035

Sola Salons, LLC

STF Inc.
2595 S Cimarron Rd # 103
Las Vegas, NV 89117

Stone Harris & Stone
17835 Ventura Blvd. Suite 210
Encino, CA 91316